

257 So.2d 432

**In re Floyd F. GREENE.**

**No. 52164.**

Feb. 17, 1972.

In re: Floyd F. Greene applying for writs of certiorari, prohibition and mandamus.

Writs refused. No sentence having been imposed at the time of the application, the application is premature.

mary nature of these proceedings (Code of Civ.Proc. 4701–4735) the trial court is ordered to proceed in a summary manner with the trial. In all other respects the application is denied.

DIXON, J., dissents from this order. If there is a legitimate complaint, we should grant the writ and hear both sides. Ex parte rulings by this or any other court are to be avoided except in formal matters.

257 So.2d 432

**STATE of Louisiana ex rel. Curtis BROUSSARD**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52169.**

Feb. 17, 1972.

In re: Curtis Broussard applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writ granted. Evidentiary hearing ordered on whether Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 was

257 So.2d 432

**SHELL OIL COMPANY**

v.

**Thomas L. MOORE.**

**No. 52166.**

Feb. 17, 1972.

In re: Shell Oil Company applying for writs of certiorari and review.

ORDER Under the exercise of our supervisory jurisdiction and considering the sum-